Reset Form

# memorandum

UNITED STATES DISTRICT COURT

DATE: 10/16/19

REPLY TO ATTN OF: Mary

SUBJECT: Possibly Related Case
CASE NUMBER: 1:19-cv-847
CASE CAPTION: Doe v Michigan State University et al

TO: Magistrate Judge Carmody

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Gordon J. Quist          Case Number  1:17-cv-29

                               Case Number _____

                               Case Number _____

__X__ Case is ~~related~~ cognate      _____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1) relates to property involved in an earlier numbered pending suit

__X__ (2) arises out of ~~the same~~ a similar transaction or occurrence and involves one or more of the same parties as a pending suit

_____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

_____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

_____

Dated: _October 16, 2019_    Signature: _Ellen S Carmody_

__X__ Direct assignment performed
_____ Random assignment performed

Initials: _____    Date: _10-17-19_

07/15