IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE 26, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-00847-GJQ-SJB |
| v. ) | |
| ) | Hon. Gordon J. Quist |
| MICHIGAN STATE UNIVERSITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 26, by and through her attorneys, hereby gives notice that case *Jane Doe 26 v. Michigan State University, et al.*, No. 1:19-cv-000847, is voluntarily dismissed with prejudice.

Dated: January 16, 2020                                Respectfully submitted,

*/s/Megan A. Bonanni*
Michael L. Pitt (P24429)
Megan A. Bonanni (P52079)
Pitt, McGehee, Palmer & Rivers, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
mpitt@pittlawpc.com
mbonanni@pittlawpc.com

*Attorneys for Plaintiff*

## **PROOF OF SERVICE**

      I hereby certify that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court of the United State District Court for the Western District of Michigan. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  /s/ *Megan A. Bonanni*
                                                  Megan A. Bonanni